CAPE SYSTEMS, INC.,
Plaintiff–Appellee,

v.

TOPS ENGINEERING
CORPORATION; et
al., Defendants,

---

**Tops Engineering Corporation,**
**Defendant–Appellant.**

No. 03–40297, 03–40388.

United States Court of Appeals,
Fifth Circuit.

Feb. 9, 2004.

Kenneth Roy Glaser, Michael Lowenberg, Craig Buck Florence, Gardere Wynne Sewell, Dallas, TX, for Plaintiff–Appellee.

Irwin A. Lightstone, Robert D. Cohen, Dallas, TX, for Defendant–Appellant.

Before DAVIS, BARKSDALE and PRADO, Circuit Judges.

PER CURIAM.*

After reviewing the record and considering the briefs and argument of counsel, we are satisfied that the district court committed no reversible error.

AFFIRMED.

In re:  Kenny D. KENNINGTON,
Sr., Debtor,

---

* Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.